# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE #01-03-1160-T ) |
| THYSSENKRUPP ELEVATOR MANUFACTURING, INC., | ) ) ) ) |
| Defendant. | ) |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND RULE 16(b) SCHEDULING ORDER

Pending before the Court is Defendant's unopposed motion to amend the Scheduling Order previously entered in this case to extend the deadline for completing discovery from May 2, 2005 until May 23, 2005. For good cause shown, and in the absence of any opposition by Plaintiff, the request is hereby granted.

SO ORDERED this 22nd day of April, 2005

S. Thomas Anderson USMJ

~~JAMES D. TODD~~
~~Chief United States District Judge~~

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/26/05

24

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 1:03-CV-01160 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Martin F. Thompson
ALLEN SCRUGGS SOSSAMAN THOMPSON SIMPSON & LILLIE
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Pamela B. Dixon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Lousiana
Ste. 200
Little Rock, AR 72201

William Sossaman
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Honorable James Todd
US DISTRICT COURT