IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO.   03-1160 T/An |
| THYSSENKRUPP ELEVATOR MANUFACTURING, INC., | ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the parties' Joint Motion to Amend Rule 16(b) Scheduling Order filed on July 6, 2005. After review, the Court **ORDERS** that Plaintiff shall be required to supplement its responses to Defendant's Requests for Production on or before July 20, 2005. Additionally, the Rule 16(b) Scheduling Order in this matter shall be modified so that Defendant will have until July 25, 2005 to file a Motion to Compel, if any.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: July 08, 2005

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7|11|05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 1:03-CV-01160 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Thomas J. Borek
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

William Sossaman
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Pamela B. Dixon
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
820 Lousiana
Ste. 200
Little Rock, AR 72201

Carson L. Owen
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
1407 Union Avenue
Ste. 621
Memphis, TN 38104

Alyson Chensasky
PERMANENT GENERAL ASSURANCE CORP.
80 Monroe Ave.
Ste. 505
Memphis, TN 38103

Martin F. ssThompson
SCRUGGS SOSSAMAN & THOMPSON
One Commerce Square
Ste. 1525
Memphis, TN 38103--551

Honorable James Todd
US DISTRICT COURT